B6A (Official Form 6A) (12/07)

In re **Borges, Maria Rocha   PRO SE**        Case No. 10 - 14903-11
                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband-Wife-Joint-or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Dairy Facilities w/ Dairy Equpiment<br>Rt 456 N. 13th St., Artesia, NM  88210 | Fee Simple | C | Unknown | $0.00 |
| Approx 303.6 Acres of water rights at @6100<br>Rt 456 N. 13th St., Artesia, NM  88210 | Fee Simple | C | Unknown | $0.00 |
| Approx 21.07 acres of dry land @1100<br>Rt 456 N. 13th St., Artesia, NM  88210 | Fee Simple | C | Unknown | $0.00 |
| Approx 172.2 acres of water rights @6100<br>Rt 456 N. 13th St., Artesia, NM  88210 | Fee Simple | C | Unknown | $0.00 |
| Approx 22.2 acres w/ dirt moved for corrls @2500<br>Rt 456 N. 13th St., Artesia, NM  88210 | Fee Simple | C | Unknown | $0.00 |
| Approx. 5 acres with domestic well @1100<br>Rt 456 N. 13th St., Artesia, NM  88210 | Fee Simple | C | Unknown | $0.00 |
| Farm House | Fee Simple | C | Unknown | $0.00 |
| Residence/Haybarn/Shed w/ shop attached<br>Rt 549 N. 13th St., Artesia, NM  88210 | Primary residence | C | Unknown | $0.00 |
| Approx 38 acres w/ dirt moved for corrals<br>Rt 456 N. 13th St., Artesia, NM  88210 | Fee Simple | C | Unknown | $0.00 |
| ***<br>The above figures were taken from a November 2008 appraisal encompassing 940 acres. Subsequently, the Debtor sold part of the farm and was left with 557.3 acres.  A June, 2010 appraisal by the same appraiser did not list the individual parcels, but gave a composite valuation for the same parcels, including water rights, at $4,900,000.00. | *** | C | Unknown | $0.00 |

Total: |$4,900,000.00
(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Borges, Maria Rocha   PRO SE**          Case No. _____

                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand. | C | $250.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, *brokerage houses, or cooperatives.* | | Checking account - Wells Fargo Account# XXXXXX6634 Artesia, NM | C | $50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 2 Televisions 1 Freezer 1 Refrigerator 1 5-piece bedroom set 1 twin bed and dresser 1 6-piece living room set 1 full size bed and dresser 1 sofa and love set 1 recliner 1 7-piece dining room set Route 549 N. 13th St., Artesia, NM | C | $1,365.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing and shoes | C | $800.00 |
| 7. Furs and jewelry. | X | | | |

In re **Borges, Maria Rocha  PRO SE**

Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | J&B Dairy Artesia, NM | C | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re **Borges, Maria Rocha   PRO SE**                    Case No. _____
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 2

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | DFA Cooperative<br>P.O. Box 909700<br>Kansas City, MO 64190-9700<br>Acct # xxxxxxx251 | C | $1,195,000.00 |
| | | CWT Herd Retirement Program | C | $3,998,890.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Future Social Security Benefits fro Joe B. Borges and the SSI payments for their child, Joseph Boges. | C | Unknown |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Claim against Dairy Farmers of America - unauthorized disbursement of funds to Devine Farms 10, LLC and/or Jack Corley. | J | $65,000.00 |
| | | Dairy Farmers of America - Payment of retain sums. Estimated value to be $1,200,000.00. | J | Unknown |
| | | Ag New Mexico, FCS, ACA | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

In re  **Borges, Maria Rocha   PRO SE**

Case No. _____

## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 3

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Cadillac Deville Sedan | C | $7,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 office chairs<br>2 office computers | C | $180.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Dairy facilities with corrals, stalls for 2600 head, one double 40 parallel milk parlor, 1 double Hearicy parlor with complete milk, NG Equip/Cooling System, vacuum pumps and bulk storage.<br>See November 2008 appraisal by Ag New Mexico. | C | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Borges, Maria Rocha   PRO SE**                      Case No. _____
                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
Continuation Sheet No. 4

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | | One CHSE-IK MXM175 Tractor | C | Unknown |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | | |

_____4_____ continuation sheets attached                  **Total >**  $5,269,035.00
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **Borges, Maria Rocha  PRO SE**

Case No. _____

(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Residence/Haybarn/Shed w/ shop attached Rt 549 N. 13th St., Artesia, NM  88210 | N.M. Stat. Ann. § 42-10-9 | Unknown | Unknown |
| 2 Televisions 1 Freezer 1 Refrigerator 1 5-piece bedroom set 1 twin bed and dresser 1 6-piece living room set 1 full size bed and dresser 1 sofa and love set 1 recliner 1 7-piece dining room set Route 549 N. 13th St., Artesia, NM | N.M. Stat. Ann. § 42-10-10 | $1,365.00 | $1,365.00 |
| Clothing and shoes | N.M. Stat. Ann. § 42-10-10 | $800.00 | $800.00 |
| Future Social Security Benefits fro Joe B. Borges and the SSI payments for their child, Joseph Boges. | 42 U.S.C. § 407 | Unknown | Unknown |
| 2005 Cadillac Deville Sedan | N.M. Stat. Ann. § 42-10-10 | $2,835.00 | $7,500.00 |
| 2 office chairs 2 office computers | N.M. Stat. Ann. § 42-10-10 | $0.00 | $180.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | $5,000.00 | $9,845.00 |

B6D (Official Form 6D) (12/07) - Cont.
In re **Borges, Maria Rocha   PRO SE**                    Case No. _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: .<br><br>Ag New Mexico, FCS, PCA<br>233 Fairway Terrace, North<br>Clovis, NM  88101 | C | | DATE INCURRED: **8/2006**<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**Case Tractor**<br>REMARKS:<br>Case Tractor, Model #MXM175, Serial #ACM251032<br><br>VALUE:                       $47,297.24 | | | X | $47,297.24 | |
| ACCT #:<br><br>Eddy County Treasurer<br>101 W. Green, Suite 117<br>Carlsbad, NM  88101 | C | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Real Estate**<br>REMARKS:<br><br>VALUE:                       $54,475.81 | | | | $54,475.81 | |
| ACCT #:<br><br>Internal Revenue Service<br>1555 Poydras St.<br>M/S 31<br>New Orleans, LA  70112 | C | | DATE INCURRED: **2008-2009**<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Dairy Farm**<br>REMARKS:<br><br>VALUE:                       $168,438.62 | | | X | $168,438.62 | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >     $270,211.67          $0.00

Total (Use only on last page) >     $7,942,913.67          $0.00

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)
In re **Borges, Maria Rocha  PRO SE**

Case No. _____
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xx0090<br><br>Ag New Mexico, FCS, FLCA<br>233 Fairway Terrace, North<br>Claovis, NM  88101 | | C | DATE INCURRED: 06/2006<br>NATURE OF LIEN:<br>Loans<br>COLLATERAL:<br>Dairy Farm<br>REMARKS:<br>476.4 acres of land with water rights<br>48.22 acres dry land<br>Dairy facilities with corrals, stalls for<br>2600 head, one double 40 parallel milk<br>parlor, 1 double Hearicy parlor w/ | X | | X | $3,117,609.00 | |
| | | | complete milk, NG Equip/Cooling System, vacuum pumps and bulk storage.<br>Liabilities CONTINGENT on outcome of State Court Litigation.<br><br><br>VALUE:          $4,900,000.00 | X | | X | | |
| ACCT #: xxxx0056<br><br>Ag New Mexico, FCS, PCA<br>233 fairway Terrace, North<br>Clovis, NM  88101 | | C | DATE INCURRED: 3/2009<br>NATURE OF LIEN:<br>Loans<br>COLLATERAL:<br>Monies Held by CWT & DFA<br>REMARKS:<br>Cattle was sold - proceeds went to bank. Approximately $3.9-4.0 million held by CWT is a payment for Borges agreement to cease dairy farming. Remainder of money is held by DFA as | X | | X | $4,555,093.00 | |
| | | | retains, payable when dairy farming ceases. DFA has copy of contracts.<br>Liabilities CONTINGENT on outcome of State Court Litigation.<br><br><br><br>VALUE:          $5,193,890.00 | X | | X | | |

Subtotal (Total of this Page) >  |  $7,672,702.00  |  $0.00

Total (Use only on last page) >

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **Borges, Maria Rocha   PRO SE**          Case No. _____

                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Borges, Maria Rocha PRO SE**          Case No. _____

                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>1555 Poydras St.<br>M/S 31<br>New Orleans, LA 70112 | C | | DATE INCURRED: **12/31/2009**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $64,069.54 | $64,069.54 | $0.00 |
| ACCT #:<br>**NM Dept. of Work Force Solutions**<br>P.O. Box 2281<br>Albuquerque, NM 87103 | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $169.86 | $169.86 | $0.00 |
| ACCT #:<br>**NM Taxation & Revenue Department**<br>P.O. Box 8575<br>Albuquerque, NM 87198-8575 | C | | DATE INCURRED: **6/2007 - 5/2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $21,755.69 | $21,755.69 | $0.00 |
| ACCT #:<br>**United States Trustee**<br>P.O. Box 608<br>Albuquerque, NM 87103 | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Trustee**<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

                    Subtotals (Totals of this page) >    $85,995.09    $85,995.09    $0.00

Total >    $85,995.09
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >              $85,995.09    $0.00
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)
In re **Borges, Maria Rocha PRO SE**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Agrilance Distribution**<br>P.O. Box 171376<br>Memphis, TN 38187 | | C | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $28,643.05 |
| ACCT #:<br>**Alltel**<br>P.O Box 79033<br>Phoenix, AZ 85062 | | C | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $2,710.03 |
| ACCT #:<br>**American Aggregate, LLC**<br>P.O. Box 4478<br>Roswell, NM 88202 | | C | DATE INCURRED: **9/30/08**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $639.83 |
| ACCT #:<br>**Arland & Associates**<br>201 3rd St., NW<br>Albuquerque, NM 87102 | | C | DATE INCURRED: **2/2010**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $18,198.35 |
| ACCT #:<br>**Artesia Alfa Growers Assoc.**<br>P.O. Box 930<br>Artesia, NM 88210 | | C | DATE INCURRED: **10/31/08**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $4,375.16 |
| ACCT #:<br>**Artesia Metals**<br>P.O. Box 957<br>Artesia, NM 88201 | | C | DATE INCURRED: **8/31/08**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $1,506.73 |

Subtotal > $56,073.15

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

_____**5**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re   **Borges, Maria Rocha   PRO SE**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ATKINS Engineering Assoc.**<br>2904 W. 24th St.<br>Roswell, NM 88201 | | C | DATE INCURRED:  11/5/08<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | X | $16,753.69 |
| ACCT #:<br>**Bryan Printers and Stationers, Inc.**<br>P.O. Box 1810<br>Artesia, NM 88211 | | C | DATE INCURRED:  4/30/09<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $415.85 |
| ACCT #:<br>**CarQuest Auto Parts**<br>P.O. Box 503589<br>St. Louis, MO 63150 | | C | DATE INCURRED:  3/30/09<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $865.59 |
| ACCT #:  xxx-xxxxxxx-xxx(xxxx xx2159)<br>**Caterpillar Financial Services Corp.**<br>2120 West End Ave.<br>P.O. Box 340001<br>Memphis, TN 37203 | | C | DATE INCURRED:  2008<br>CONSIDERATION:<br>**Lease Agreement**<br>REMARKS: | | | X | $37,656.82 |
| ACCT #:  xxx-xxxxxxx-xxxxxx-xxxxxx9-000<br>**Caterpillar Financial Services Corp.**<br>2120 West End Ave.<br>P.O. Box 340001<br>Memphis, TN 37203 | X | C | DATE INCURRED:  12/2008<br>CONSIDERATION:<br>**Lease Agreement**<br>REMARKS: | | | X | $61,000.00 |
| ACCT #:<br>**Coba/Select Series, Inc.**<br>1224 Alton Darby CRK Rd.<br>Colombus, OH 43228 | | C | DATE INCURRED:  1/31/10<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $18,292.47 |

Sheet no. __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $134,983.42

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Borges, Maria Rocha  PRO SE**

Case No. _____
              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**CWT**<br>**2101 Wilson Blvd., Suite 400**<br>**Arlington, VA  22201** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Dairy Farmers of America**<br>**c/o Frank Salazar**<br>**Sutin, Thayer & Browne, P.C.**<br>**P.O. Box 1945**<br>**Albuquerque, NM  87103** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Dairyco**<br>**307 N. 13th St.**<br>**Artesia, NM  88210** | C | | DATE INCURRED:  **8/2008**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $20,017.32 |
| ACCT #:<br>**DBS Commodities**<br>**184 East Darby**<br>**Dextre, NM  88230** | C | | DATE INCURRED:  **1/26/09**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | X | $659,962.97 |
| ACCT #:<br>**Derengis & Associates, LLP**<br>**15328 Central Ave.**<br>**Chino, CA  91710** | C | | DATE INCURRED:  **9/2008**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $21,000.00 |
| ACCT #:<br>**Devil Dusters**<br>**P.O. Box 1604**<br>**Artesia, NM  88211** | C | | DATE INCURRED:  **8/2008**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | X | $5,702.80 |

Sheet no.  __2__  of  __5__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $706,683.09

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Borges, Maria Rocha PRO SE**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND-WIFE-JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**DFA**<br>**P.O. Box 909700**<br>**Kansas City, MO 64190-9700** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Hinkle, Hensley, Shanor & Martinez, LLP**<br>**P.O. Box 10**<br>**Roswell, NM 88202** | | C | DATE INCURRED: **12/2005**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$16,922.24** |
| ACCT #:<br>**Internal Revenue Service**<br>**1555 Poydras St.**<br>**M/S 31**<br>**New Orleans, LA 70112** | | C | DATE INCURRED: **2008/2009**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$10,477.55** |
| ACCT #:<br>**INVESCO, LLC**<br>**P.O. Box 638**<br>**Iowa Fals, IA 50216** | | C | DATE INCURRED: **9/2008**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | **$64,277.37** |
| ACCT #:<br>**Jordan Dairy Service**<br>**P.O. Boxc 236**<br>**Dexter, NM 88230** | | C | DATE INCURRED: **6/2008**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | X | **$126,001.03** |
| ACCT #:<br>**Micro Beef Technologies**<br>**P.O. Box 847268**<br>**Dallas, TX 75284** | | C | DATE INCURRED: **1/2009**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | **$19,237.11** |

Sheet no. ___3___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$236,915.30**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Borges, Maria Rocha  PRO SE**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Napa Auto Parts**<br>**P.O. Box 465**<br>**Artesia, NM  88211** | | C | DATE INCURRED:  **11/2008**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | **$3,673.36** |
| ACCT #:<br>**New Mexico Taxation & Revenue Department**<br>**P.O. Box 8575**<br>**Albuquerque, NM  87198** | | C | DATE INCURRED:  **6/2007-5/2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$38,421.32** |
| ACCT #:<br>**Pecos Valley Pump, Inc.**<br>**P.O. Box 94**<br>**Artesia, NM  88211** | | C | DATE INCURRED:  **10/2008**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | **$5,731.52** |
| ACCT #:<br>**Quality Liquid Feeds, Inc.**<br>**P.O. Box 240**<br>**Dodgeville, WI  53533** | | C | DATE INCURRED:  **10/2008**<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | X | **$41,502.54** |
| ACCT #:<br>**Rodey Law Firm**<br>**P.O. Box 1888**<br>**Albuquerque, NM  87103** | | C | DATE INCURRED:  **9/2009**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$1,589.33** |
| ACCT #:<br>**Veterinary Pharmaceuticals, Inc.**<br>**13159 13th Road West**<br>**Hanford, CA  93230-966** | | C | DATE INCURRED:  **2/2003**<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$10,143.29** |

Sheet no. ___4___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$101,061.36**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.
In re   **Borges, Maria Rocha   PRO SE**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT#: <br> **Walde Irrigation Service & Supply** <br> P.O. Box 516 <br> Hagerman, NM 88232 | C | | DATE INCURRED: 6/2004 <br> CONSIDERATION: <br> **Purchase Money** <br> REMARKS: | | | X | $14,535.82 |
| ACCT#: <br> **Waste Management of New Mexico** <br> P.O. Box 78251 <br> Phoenix, AZ 85062 | C | | DATE INCURRED: 4/2009 <br> CONSIDERATION: <br> **Other** <br> REMARKS: | | | X | $1,691.65 |
| ACCT#: <br> **Xcel Energy** <br> P.O. Box 9477 <br> MPLS, MN 55484-9477 | C | | DATE INCURRED: 4/2009 <br> CONSIDERATION: <br> **Other** <br> REMARKS: | | | | $11,744.58 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $27,972.05

Total > $1,263,688.37

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Caterpillar Financial Services Corp.**<br>2120 West End Ave.<br>P.O. Box 340001<br>Nashville, TN 37203 | Lease contract for Caterpillar Wheel Loader. Equipment returned to company. Company sold at auction 5/28/10. Contract to be REJECTED |
| **Caterpillar Financial Services Corp.**<br>2120 West End Ave.<br>P.O. Box 340001<br>Nashville, TN 37203 | Lease contract for Agco Trailer. Equipment returned to company. Company sold at auction 5/28/10. Contract to be REJECTED |

B6H (Official Form 6H) (12/07)
In re **Borges, Maria Rocha  PRO SE**

Case No. _____
        (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joe Bettencourt Borges** | |
| **Frank Borges**<br>Route 456<br>North 13th<br>Artesia, NM 88210 | **Caterpillar Financial Services Corp.**<br>2120 West End Ave.<br>P.O. Box 340001<br>Memphis, TN 37203 |
| **Joe Bettencourt Borges** | **Ag New Mexico, FCS, FLCA**<br>233 Fairway Terrace, North<br>Claovis, NM 88101 |
| **Joe Bettencourt Borges** | **Ag New Mexico, FCS, PCA**<br>233 fairway Terrace, North<br>Clovis, NM 88101 |
| **Joe Bettencourt Borges** | **Ag New Mexico, FCS, PCA**<br>233 Fairway Terrace, North<br>Clovis, NM 88101 |
| **Joe Bettencourt Borges** | **Agrilance Distribution**<br>P.O. Box 171376<br>Memphis, TN 38187 |
| **Joe Bettencourt Borges** | **Alltel**<br>P.O Box 79033<br>Phoenix, AZ 85062 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Borges, Maria Rocha  PRO SE**                    Case No. _____

                                                                    (if known)

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joe Bettencourt Borges** | **American Aggregate, LLC**<br>P.O. Box 4478<br>Roswell, NM 88202 |
| **Joe Bettencourt Borges** | **Arland & Associates**<br>201 3rd St., NW<br>Albuquerque, NM 87102 |
| **Joe Bettencourt Borges** | **Artesia Alfa Growers Assoc.**<br>P.O. Box 930<br>Artesia, NM 88210 |
| **Joe Bettencourt Borges** | **Artesia Metals**<br>P.O. Box 957<br>Artesia, NM 88201 |
| **Joe Bettencourt Borges** | **ATKINS Engineering Assoc.**<br>2904 W. 24th St.<br>Roswell, NM 88201 |
| **Joe Bettencourt Borges** | **Bryan Printers and Stationers, Inc.**<br>P.O. Box 1810<br>Artesia, NM 88211 |
| **Joe Bettencourt Borges** | **CarQuest Auto Parts**<br>P.O. Box 503589<br>St. Louis, MO 63150 |

In re **Borges, Maria Rocha   PRO SE**

Case No. _____

(if known)

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joe Bettencourt Borges** | **Caterpillar Financial Services Corp.**<br>2120 West End Ave.<br>P.O. Box 340001<br>Memphis, TN  37203 |
| **Joe Bettencourt Borges** | **Caterpillar Financial Services Corp.**<br>2120 West End Ave.<br>P.O. Box 340001<br>Memphis, TN  37203 |
| **Joe Bettencourt Borges** | **Coba/Select Series, Inc.**<br>1224 Alton Darby CRK Rd.<br>Colombus, OH 43228 |
| **Joe Bettencourt Borges** | **CWT**<br>2101 Wilson Blvd., Suite 400<br>Arlington, VA  22201 |
| **Joe Bettencourt Borges** | **Dairy Farmers of America**<br>c/o Frank Salazar<br>Sutin, Thayer & Browne, P.C.<br>P.O. Box 1945<br>Albuquerque, NM  87103 |
| **Joe Bettencourt Borges** | **Dairyco**<br>307 N. 13th St.<br>Artesia, NM  88210 |
| **Joe Bettencourt Borges** | **DBS Commodities**<br>184 East Darby<br>Dextre, NM  88230 |

In re **Borges, Maria Rocha   PRO SE**                    Case No. _____

                                                                                    (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joe Bettencourt Borges** | **Derengis & Associates, LLP**<br>15328 Central Ave.<br>Chino, CA  91710 |
| **Joe Bettencourt Borges** | **Devil Dusters**<br>P.O. Box 1604<br>Artesia, NM  88211 |
| **Joe Bettencourt Borges** | **DFA**<br>P.O. Box 909700<br>Kansas City, MO  64190-9700 |
| **Joe Bettencourt Borges** | **Eddy County Treasurer**<br>101 W. Green, Suite 117<br>Carlsbad, NM  88101 |
| **Joe Bettencourt Borges** | **Hinkle, Hensley, Shanor & Martinez, LLP**<br>P.O. Box 10<br>Roswell, NM  88202 |
| **Joe Bettencourt Borges** | **Internal Revenue Service**<br>1555 Poydras St.<br>M/S 31<br>New Orleans, LA  70112 |
| **Joe Bettencourt Borges** | **Internal Revenue Service**<br>1555 Poydras St.<br>M/S 31<br>New Orleans, LA  70112 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Borges, Maria Rocha  PRO SE**                          Case No. _____

                                                                              (if known)

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 4*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joe Bettencourt Borges** | **Internal Revenue Service**<br>1555 Poydras St.<br>M/S 31<br>New Orleans, LA 70112 |
| **Joe Bettencourt Borges** | **INVESCO, LLC**<br>P.O. Box 638<br>Iowa Fals, IA 50216 |
| **Joe Bettencourt Borges** | **Jordan Dairy Service**<br>P.O. Boxc 236<br>Dexter, NM 88230 |
| **Joe Bettencourt Borges** | **Micro Beef Technologies**<br>P.O. Box 847268<br>Dallas, TX 75284 |
| **Joe Bettencourt Borges** | **Napa Auto Parts**<br>P.O. Box 465<br>Artesia, NM 88211 |
| **Joe Bettencourt Borges** | **New Mexico Taxation & Revenue Department**<br>P.O. Box 8575<br>Albuquerque, NM 87198 |
| **Joe Bettencourt Borges** | **NM Dept. of Work Force Solutions**<br>P.O. Box 2281<br>Albuquerque, NM 87103 |

In re **Borges, María Rocha  PRO SE**

Case No. _____

(if known)

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 5*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joe Bettencourt Borges** | **NM Taxation & Revenue Department**<br>P.O. Box 8575<br>Albuquerque, NM  87198-8575 |
| **Joe Bettencourt Borges** | **Pecos Valley Pump, Inc.**<br>P.O. Box 94<br>Artesia, NM  88211 |
| **Joe Bettencourt Borges** | **Quality Liquid Feeds, Inc.**<br>P.O. Box 240<br>Dodgeville, WI  53533 |
| **Joe Bettencourt Borges** | **Rodey Law Firm**<br>P.O. Box 1888<br>Albuquerque, NM  87103 |
| **Joe Bettencourt Borges** | **United States Trustee**<br>P.O. Box 608<br>Albuquerque, NM 87103 |
| **Joe Bettencourt Borges** | **Veterinary Pharmaceuticals, Inc.**<br>13159 13th Road West<br>Hanford, CA  93230-966 |
| **Joe Bettencourt Borges** | **Waide Irrigation Service & Supply**<br>P.O. Box 516<br>Hagerman, NM  88232 |

In re **Borges, Maria Rocha PRO SE**          Case No. _____
                                                           (if known)

## SCHEDULE H - CODEBTORS
*Continuation Sheet No. 6*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joe Bettencourt Borges** | **Waste Management of New Mexico**<br>P.O. Box 78251<br>Phoenix, AZ 85062 |
| **Joe Bettencourt Borges** | **Xcel Energy**<br>P.O. Box 9477<br>MPLS, MN 55484-9477 |

B6I (Official Form 6I) (12/07)

In re **Borges, Maria Rocha  PRO SE**

Case No. _____
(if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2.  Estimate monthly overtime | $0.00 | |
| 3.  SUBTOTAL | $0.00 | |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
|     b. Social Security Tax | $0.00 | |
|     c. Medicare | $0.00 | |
|     d. Insurance | $0.00 | |
|     e. Union dues | $0.00 | |
|     f. Retirement | $0.00 | |
|     g. Other (Specify) _____ | $0.00 | |
|     h. Other (Specify) _____ | $0.00 | |
|     i. Other (Specify) _____ | $0.00 | |
|     j. Other (Specify) _____ | $0.00 | |
|     k. Other (Specify) _____ | $0.00 | |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.  Income from real property | $0.00 | |
| 9.  Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. Social security or government assistance (Specify): | | |
|     SSI check f/b/o Joseph _____ | $674.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
|     a. Loan from Son _____ | $1,000.00 | |
|     b. Loan from Son _____ | $561.00 | |
|     c. _____ | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $2,235.00 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $2,235.00 | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $2,235.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)
IN RE: **Borges, Maria Rocha PRO SE**

Case No. _____
(if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>  a. Are real estate taxes included?  ☑ Yes  ☐ No<br>  b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel<br>  b. Water and sewer<br>  c. Telephone<br>  d. Other: | $210.00<br>$37.50<br>$137.50 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | $22.50<br>$400.00<br>$30.00<br>$50.00<br>$268.50<br>$462.50<br>$64.31<br>$50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>  a. Homeowner's or renter's<br>  b. Life<br>  c. Health<br>  d. Auto<br>  e. Other: | <br><br>$467.17<br>$32.50 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>  a. Auto:<br>  b. Other:<br>  c. Other:<br>  d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other:<br>17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $2,232.48 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $2,235.00 |
| b. Average monthly expenses from Line 18 above | $2,232.48 |
| c. Monthly net income (a. minus b.) | $2.52 |

Case No. _____
(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **29** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _9/23/10_____       Signature _Maria Rocha Borges_____
                                             **Borges, Maria Rocha   PRO SE**

Date _____    Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*